IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAJNINDER JUTLA,<br><br>                Defendant. | Case No. CR19-141RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO PERMIT INTERNATIONAL TRAVEL |

Having received and reviewed Defendant's Unopposed Motion to Permit International Travel, and being familiar with the records and files herein, the motion is hereby GRANTED.

It is therefore ORDERED that Defendant be permitted to travel internationally to India on or around December 12 through December 21, 2019 in connection with her academic coursework.

ORDER GRANTING
UNOPPOSED MOTION TO PERMIT
INTERNATIONAL TRAVEL - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

It is FURTHER ORDERED that Defendant's counsel be permitted to temporarily release Defendant's passport to her, with the understanding that the passport will be returned to her counsel on or before December 31, 2019 upon Defendant's return to the United States.

The Defendant shall comply with all directions from the Pretrial Services Office relating to such travel.

DATED this 2nd day of December, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

CALFO EAKES & OSTROVSKY, PLLC

By:    /s/ Angelo J. Calfo           
       Angelo J. Calfo, WSBA #27079

*Attorneys for Defendant Rajninder Jutla*

ORDER GRANTING
UNOPPOSED MOTION TO PERMIT
INTERNATIONAL TRAVEL - 2