THE HONORABLE CHIEF JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>RAJNINDER JUTLA,<br><br>               Defendant. | Case No. 2:19-cr-141-RSM<br><br>**JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>April 3, 2020 |

JOINT STIPULATION AND [PROPOSED] ORDER
RESETTING NOTING DATE FOR
GOVERNMENT'S MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200 FAX (206) 407-2224

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the Government's Motion to Continue Trial (Dkt. 46)—which was renoted for consideration on April 10, 2020 upon stipulation of the parties and pursuant to the Court's Order (Dkt. 48)—will again be renoted for consideration on May 15, 2020. Under CrR 12(b)(2)–(3), the parties have further agreed that Dr. Jutla will file a response on or by May 8, 2020, and the Government may file a reply brief on or by the new noting date of May 15, 2020.

As with the prior stipulation (Dkt. 47), the parties do not foresee resetting the noting date for the Government's Motion to Continue Trial or the briefing schedule proposed herein causing delay to any other currently set deadlines. Pursuant to the Court's General Order No. 02-20 issued on March 17, 2020, the previously scheduled trial date of April 27, 2020 has been continued pending further order of the Court, *see* General Order 02-20 at p. 2, and oral argument on Defendant's Motion To Sever Counts 2, 5, 7–8, and 13–15 from the Superseding Indictment (Dkt. 38) has been rescheduled from April 1, 2020 to June 1, 2020 due to the outbreak of Coronavirus Disease (COVID-19). There is some uncertainty as to whether the Court will reopen on June 1, 2020 due to COVID-19 and related precautions. Additionally, there are special issues related to Dr. Jutla that could affect the new trial date, and more time is necessary to assess those issues. Further clarity in both areas is anticipated by May 8, 2020.

For the above reasons, and subject to Court approval, the parties hereby stipulate that the Government's Motion to Continue Trial (Dkt. 46) shall be renoted for consideration on May 15, 2020, with Dr. Jutla's response to be filed on or by May 8, 2020, and any reply brief to be filed on or by the noting date of May 15, 2020.

//

//

JOINT STIPULATION AND [PROPOSED] ORDER
RESETTING NOTING DATE FOR
GOVERNMENT'S MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200 FAX (206) 407-2224

IT IS SO STIPULATED.

DATED this 3rd day of April, 2020.

**CALFO EAKES & OSTROVSKY LLP**

By    s/*Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

*Attorneys for Defendant Rajninder Jutla*

**BRIAN T. MORAN**
**United States Attorney**

By    s/*Thomas M. Woods*
JAMES D. OESTERLE
THOMAS M. WOODS
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: jim.oesterle@usdoj.gov
thomas.woods2@usdoj.gov

*Attorneys for Plaintiff USA*

JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200 FAX (206) 407-2224

**ORDER**

THIS MATTER having come on before the above-entitled Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the noting date for the Government's Motion to Continue Trial (Dkt. 46) shall be reset from April 10, 2020 to May 15, 2020, with the defendant's response brief due on or by May 8, 2020, and any reply brief to be filed on or by May 15, 2020.

Based on the foregoing, IT IS SO ORDERED.

DATED this __8th__ day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200 FAX (206) 407-2224