THE HONORABLE CHIEF JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>RAJNINDER JUTLA,<br><br>                    Defendant. | Case No.  2:19-cr-141-RSM<br><br>**JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>May 8, 2020 |

//

//

//

//

//

//

//

JOINT STIPULATION AND ORDER RESETTING
NOTING DATE FOR GOVERNMENT'S MOTION
TO CONTINUE TRIAL AND RELATED
DEADLINES
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the Government's Motion to Continue Trial (Dkt. 46)—which is currently noted for consideration on May 15, 2020 upon stipulation of the parties and pursuant to the Court's Order (Dkt. 50)—will again be renoted for consideration on May 22, 2020.  Under CrR 12(b)(2)–(3), the parties have further agreed that Dr. Jutla will file a response on or by May 15, 2020, and the Government may file a reply brief on or by the new noting date of May 22, 2020.

As with the prior stipulation (Dkt. 49), the parties do not foresee resetting the noting date for the Government's Motion to Continue Trial or the briefing schedule proposed herein causing delay to any other currently set deadlines.  Pursuant to the Court's General Order No. 02-20 issued on March 17, 2020, the previously scheduled trial date of April 27, 2020 has been continued pending further order of the Court due to the outbreak of Coronavirus Disease (COVID-19), *see* General Order 02-20 at p. 2, and oral argument on Defendant's Motion To Sever Counts 2, 5, 7–8, and 13–15 from the Superseding Indictment (Dkt. 38) was rescheduled from April 1, 2020 to June 1, 2020, per the Court's Minute Entry.  The Court has since ordered that criminal in-person hearings scheduled to occur before July 1, 2020 be continued, *see* General No. 07-20 at p. 2,  but there is some uncertainty as to whether argument on the motion to sever in this case will occur remotely on June 1, 2020.  Additionally, there remain special issues related to Dr. Jutla that could affect the new trial date, and more time is necessary to assess those issues.  The parties intend to seek guidance from the Court as to whether oral argument on the motion to sever will occur on June 1, 2020, and anticipate further clarity on this and other issues by May 15, 2020.

For the above reasons, and subject to Court approval, the parties hereby stipulate that the Government's Motion to Continue Trial (Dkt. 46) shall be renoted for consideration on May 22,

//

JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

2020, with Dr. Jutla's response to be filed on or by May 15, 2020, and any reply brief to be filed on or by the noting date of May 22, 2020.

      IT IS SO STIPULATED.

      DATED this 8th day of May, 2020.

**CALFO EAKES & OSTROVSKY LLP**

By    s/*Angelo J. Calfo*
    Angelo J. Calfo, WSBA# 27079
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  angeloc@calfoeakes.com

*Attorneys for Defendant Rajninder Jutla*

**BRIAN T. MORAN**
**United States Attorney**

By    s/*Thomas M. Woods*
    JAMES D. OESTERLE
    THOMAS M. WOODS
    Assistant United States Attorneys
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
    Phone:  (206) 553-7970
    Fax:  (206) 553-4073
    Email:  jim.oesterle@usdoj.gov
           thomas.woods2@usdoj.gov

*Attorneys for Plaintiff USA*

JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

THIS MATTER having come on before the above-entitled Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the noting date for the Government's Motion to Continue Trial (Dkt. 46) shall be reset from May 15, 2020 to May 22, 2020, with the defendant's response brief due on or by May 15, 2020, and any reply brief to be filed on or by May 22, 2020.

Based on the foregoing, IT IS SO ORDERED.

DATED this 11th day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES
(Case No. 19-cr-141-RSM) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224