THE HONORABLE CHIEF JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAJNINDER JUTLA,<br><br>　　　　　　　　Defendant. | Case No.  2:19-cr-141-RSM<br><br>**DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT RAJNINDER JUTLA**<br><br>NOTE ON MOTION CALENDAR:<br>FEBRUARY 25, 2022 |

## I.　　INTRODUCTION

Counsel for Defendant Dr. Rajninder Jutla respectfully moves this Court for leave to withdraw as counsel of record in this matter. Good cause to withdraw exists for professional considerations under Rule of Professional Conduct 1.16.

Professional ethics rules, specifically Rule 1.6, prevent defense counsel from presenting more information publicly. *See* Wash. St. Bar Assoc. Advisory Op. 201701 (2017), *available at* https://ao.wsba.org/print.aspx?ID=1687 (but noting "most courts will be satisfied that [the above] statement provides sufficient support for a motion to withdraw that the motion will be granted."). Should the Court require a more substantial record, defense counsel is prepared to provide more

DEFENSE COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEYS FOR
DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

details if, consistent with RPC 1.6(b)(6), the Court enters an order requiring further showing, and that such further showing be sealed from the public and made ex parte and/or in camera before a magistrate judge or other district judge to avoid the potential tainting of the Court with defense counsel's position in the case.[1]

Defense counsel has filed, noted, and served this motion on the government and Dr. Jutla individually as required by Local Crim. R. 5, Local Crim. R. 12, and Local Civ. R. 83.2. Because this withdrawal would leave Dr. Jutla currently unrepresented, Defense counsel includes the following, as required by LCR 83.2(b)(1):

| | |
|---|---|
| Name: | Dr. Rajninder Jutla |
| Address: | 16315 NE 22nd Avenue, Ridgefield, WA 98642 (Residence) |
| | 6342 Fifth Avenue NE, Seattle, WA 98122 (Alternate Address) |
| Telephone No.: | (206) 295.7098 |

## II. DISCUSSION

**A.  Standard: The Court Has Discretion to Grant Leave for Withdrawal When Defense Counsel Presents Good Cause.**

Defense counsel may be relieved from representation "[b]y an order of the judge or magistrate judge before whom the matter is pending, granting counsel's written motion for withdrawal." CrR 5(g)(4)(B). An attorney may withdraw from a criminal matter at the discretion of the Court. *Id.* Rule of Professional Conduct 1.16 requires good cause.

**B.  The Rules of Professional Conduct Allow Withdrawal in These Circumstances.**

Defense counsel is aware of professional considerations under Rule 1.6 requiring withdrawal. Due to professional ethics, counsel cannot provide further public information. Defense counsel can present more information upon a court order in an ex parte and/or in camera setting.

---

[1] Under CrR 55(b)(5), defense counsel may file under seal "materials relating to motions for leave to withdraw as counsel" without a separate motion to seal.

DEFENSE COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEYS FOR
DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

1   Dr. Jutla has sufficient time to retain different counsel without altering the current trial schedule. Trial is around 5 months away as of the filing of this motion (July 25, 2022), and defense counsel will work diligently with substitute counsel to facilitate their transition into the case. *Cf. United States v. Prime*, 431 F.3d 1147, 1154 (9th Cir. 2005) (noting the district court granted a motion for substitution "four days before trial was set to begin"). Substitute counsel will have the benefit of defense counsel's extensive work product, which belongs to Dr. Jutla and will be speedily provided along with any other information or materials that might accelerate trial preparation.

### III.   CONCLUSION

Undersigned counsel is aware that moving to withdraw is a serious request and not made lightly. Nonetheless, the professional considerations at issue require withdrawal, and defense counsel respectfully requests leave to do so.

DATED this 15th day of February, 2022.

**CALFO EAKES LLP**

By     s/*Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
Henry C. Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2278
Email:  angeloc@calfoeakes.com
         henryp@calfoeakes.com

*Attorneys for Defendant Rajninder Jutla*

DEFENSE COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEYS FOR
DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

# CERTIFICATE OF SERVICE

I, Patti Lane, swear under penalty of perjury under the laws of the State of Washington, that on February 15, 2022, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney<br>James D. Oesterle<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073<br>Email: jim.oesterle@usdoj.gov | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☒ Via Email<br>☒ Court eService |
| Dr. Rajninder Jutla<br>16315 NE 22nd Avenue<br>Ridgefield, WA 98642<br>AND<br>6342 Fifth Avenue NE<br>Seattle, WA  98122<br>Email: drjutla@mindyourbodyclinic.com | ☐ Via legal messengers<br>☒ Via first class mail<br>☐ Via facsimile<br>☒ Via Email<br>☐ |

*s/ Patti Lane*
Patti Lane, Legal Assistant

---

DEFENSE COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEYS FOR
DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278