THE HONORABLE CHIEF JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAJNINDER JUTLA, <br><br> Defendant. | Case No.  2:19-cr-141-RSM <br><br> **ORDER GRANTING LEAVE TO WITHDRAW FOR DEFENSE COUNSEL** |

THIS MATTER appearing before Court upon Defense Counsel's Motion to Withdraw as Attorneys for Defendant Rajninder Jutla, and good cause being shown,

IT IS HEREBY ORDERED that:

1. Defense Counsel's Motion to Withdraw as Attorneys for Defendant Rajninder Jutla is GRANTED.

2. Defense counsel Angelo Calfo, and his firm, Calfo Eakes LLP, may file and serve a notice of withdrawal. The notice must be served on the government and Dr. Rajninder Jutla. Upon service and filing, Angelo Calfo, and his firm, Calfo Eakes LLP, will no longer be counsel of record for Dr. Jutla.

DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

Based on the foregoing, IT IS SO ORDERED.

DATED this 24th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**CALFO EAKES LLP**

By   s/*Angelo J. Calfo*
   Angelo J. Calfo, WSBA# 27079
   Henry C. Phillips, WSBA# 55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:  (206) 407-2278
   Email:  angeloc@calfoeakes.com
           henryp@calfoeakes.com

*Attorneys for Defendant Rajninder Jutla*

DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT RAJNINDER JUTLA
(Case No. 19-cr-141-RSM) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

# CERTIFICATE OF SERVICE

I, Patti Lane, swear under penalty of perjury under the laws of the State of Washington, that on February 15, 2022, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney<br>James D. Oesterle<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4073<br>Email: jim.oesterle@usdoj.gov | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☒ Via Email<br>☒ Court eService |
| Dr. Rajninder Jutla<br>6342 Fifth Avenue NE<br>Seattle, WA  98122<br>Email: drjutla@mindyourbodyclinic.com<br>    AND<br>16315 NE 22nd Avenue<br>Ridgefield, WA 98642 | ☐ Via legal messengers<br>☒ Via first class mail<br>☐ Via facsimile<br>☒ Via Email<br>☐ |

*s/ Patti Lane*
Patti Lane, Legal Assistant

[PROPOSED] ORDER
(Case No. 19-cr-141-RSM) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278