UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJNINDER JUTLA,<br><br>Defendant. | Case No. CR19-141RSM<br><br>ORDER MODIFYING APPEARANCE BOND |

The special condition of the Appearance Bond issued in this matter on September 19, 2019 (Dkt #12) regarding the defendant's surrender of passport and travel documents is amended as follows: **The defendant shall surrender all current and expired passports and travel documents to the court.** All other provisions of the Appearance Bond remain in effect.

The Clerk is directed to provide a copy of this Order to defendant's prior counsel, Angelo Calfo, who is in possession of defendant's passport and/or travel document documents and is directed to immediately deliver all travel-related documents to the court.

DATED this 10th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER MODIFYING BOND - 1