CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-141-RSM |
| Plaintiff, ) | |
| v. ) | UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| RAJNINDER JUTLA, ) | |
| Defendant. ) | Noted May 5, 2022 |

Rajninder Jutla, through Assistant Federal Public Defender Dennis Carroll, respectfully requests a continuance of the trial date to May 8, 2023, with the following scheduling order.

| EVENT | DATE ORDERED |
|---|---|
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | January 5, 2023 |
| Government's Expert Notice | January 5, 2023 |
| Defense Expert Notice | February 6, 2023 |
| Pretrial Motions | February 8, 2023 |
| Government's filing of witness list and exhibit lists (case-in-chief) | March 15, 2023 |
| Defendants' filing of witness list and exhibit lists | March 29, 2023 |
| Government Circulate Draft Jury Instructions, Verdict Form, Voir Dire | March 29, 2023 |

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| Defense Response to Draft Jury Instructions, Verdict Form, Voir Dire | April 5, 2023 |
|---|---|
| Motions in *in limine* | April 5, 2023 |
| File Jury Instructions, Verdict Form, Voir Dire | April 12, 2023 |
| Trial Brief | April 29, 2023 |
| Trial | May 8, 2023 |

Assistant United States Attorney Thomas Woods does not oppose this motion.

Dr. Jutla is charged by a twenty-count superseding indictment; the summary of the allegations are set forth in the superseding indictment. Dkt. 25. On September 6, 2019, Dr. Jutla appeared for the arraignment hearing and entered a plea of not guilty to the counts in the superseding indictment. Dkt. 35. At this time, the trial in this case is set for July 25, 2022. Dkt. 66.

On March 10, 2022, the undersigned counsel was appointed to represent Dr. Jutla. Defense counsel is requesting a continuance of the trial date to allow counsel sufficient time to prepare for trial. Specifically, the discovery is extremely voluminous and counsel needs sufficient time to review discovery with the defendant, conduct legal research, prepare for pre-trial motions, and prepare for trial. The Government has produced 1,000,000 pages of discovery. In addition, there are numerous electronic devices that have been seized and copied. This case is related to *United States v. Babich et al.*, 16-cr-10343-ADB (Dist. of Massachusetts), in which the trial took several weeks. The trial record alone in that case is extremely voluminous and only parts of the *Babich* case in included in the already-produced discovery in this case. The charges against Dr. Jutla involve two separate kickback schemes involving two different companies, which adds to the complexity and scope of discovery.

For these reasons, the parties request the Court find that:

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) this discovery and issues in this case are so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

(d) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of July 25, 2022, and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

Dr. Jutla has executed a speedy trial waiver, which will be filed with this motion.

//
//
//
//

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   Therefore, counsel respectfully requests a continuance of the trial date to May 8,
2   2023 with a scheduling order outline above. Counsel further asks the Court to exclude
3   the time period from the date of the Court's order to the new trial date for purposes of
4   computing the time limitations imposed by the Speedy Trial Act.
5   DATED this 5th day of May 2022.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Rajninder Jutla

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 4

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100