CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-141-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING THE UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| RAJNINDER JUTLA, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) this discovery and issues in this case are complex, warranting additional time for preparation, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(d) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of July 25, 2022 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(g) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to May 8, 2023, and by agreement of the parties, the Court enters the following scheduling order:

| EVENT | DATE ORDERED |
|---|---|
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | January 5, 2023 |
| Government's Expert Notice | January 5, 2023 |
| Defense Expert Notice | February 6, 2023 |
| Pretrial Motions | February 8, 2023 |
| Government's filing of witness list and exhibit lists (case-in-chief) | March 15, 2023 |
| Defendants' filing of witness list and exhibit lists | March 29, 2023 |
| Government Circulate Draft Jury Instructions, Verdict Form, Voir Dire | March 29, 2023 |
| Defense Response to Draft Jury Instructions, Verdict Form, Voir Dire | April 5, 2023 |
| Motions in *in limine* | April 5, 2023 |

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| | |
|---|---|
| File Jury Instructions, Verdict Form, Voir Dire | April 12, 2023 |
| Trial Brief | April 29, 2023 |
| Trial | May 8, 2023 |

DONE this 5th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Rajninder Jutla

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Jutla* / CR19-141-RSM) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**