The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR19-141 RSM |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | |
| RAJNINDER JUTLA, | |
| Defendant. | |

## ORDER

This Court finds that the three documents listed below are documents that are appropriate for filing under seal and that there is no objection to the filing of these documents under seal from either party.

NOW THEREFORE IT IS HEREBY ORDERED that the following documents SHALL BE FILED UNDER SEAL:

1) Section IV 8 (C) of Defendant Rajninder Jutla's Motion to Withdraw Guilty Plea

2) Exhibit 1 to Expert Report (note that the Report itself, filed as Exhibit A to Defendant Rajninder Jutla's Motion to Withdraw from Guilty Plea, is not to be filed under seal);

3) Exhibit D to Defendant Rajninder Jutla's Motion to Withdraw from Guilty Plea.

Dated this 7th day of August, 2023

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully Submitted on this 4th day of August, 2023.

_____
Jennifer Horwitz  WSBA #23695
Attorney for Rajninder Jutla
Law Office of Jennifer Horwitz PLLC
P.O. Box 70859
Seattle, WA  98127
(206) 799-2797
jennifer@jenniferhorwitzlaw.com