The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR19-141 RSM |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | ** **CLERK'S ACTION REQUIRED**** |
| RAJNINDER JUTLA, | |
| Defendant. | |

## ORDER

This Court finds that the documents listed below are documents that are appropriate for filing under seal and that there is no objection to the filing of these documents under seal from either party.

NOW THEREFORE IT IS HEREBY ORDERED that the following documents SHALL BE FILED UNDER SEAL:

1. Root Cause Analysis by Rajninder Jutla dated 10-31-22;

2. Cognitive Testing Results by James Bramson dated 2-8-22;

3. Medical Evaluation of Rajninder Jutla by Dr. John Greene dated 12-12-22;

4. MMPI Test Results by Dr. James Bramson dated 12-8-22;

5. UC San Diego Fitness for Duty Evaluation dated 6-7-23;

ORDER TO SEAL DOCUMENTS- 1   LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797

6. Report of Psychological Evaluation dated 10-6-22;

7. Report of James Bramson dated 1-5-2023.

Dated this 14th day of September, 2023

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully Submitted on this 13th day of September, 2023.

  s/ Jennifer Horwitz_____
Jennifer Horwitz  WSBA #23695
Attorney for Rajninder Jutla
Law Office of Jennifer Horwitz PLLC
P.O. Box 70859
Seattle, WA  98127
(206) 799-2797
jennifer@jenniferhorwitzlaw.com