The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-141 RSM |
| Plaintiff, | ~~(PROPOSED)~~ ORDER TO SEAL ATTACHMENT A TO GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| RAJNINDER JUTLA, | |
| Defendant. | |

The Court, having reviewed the Government's Motion to Seal Attachment A to its Sentencing Memorandum, enters the following order:

IT IS HEREBY ORDERED that Attachment A to the Government's Sentencing Memorandum be sealed and that the redacted copy that was attached to the Government's Motion be filed in its place.

DATED this __15__ day of September, 2023.

_____
RICARDO S. MARTINEZ
United States District Judge

Presented by:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Proposed Order to Seal – 1
*United States v. Jutla*, CR19-141 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970