UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RAJNINDER JUTLA,<br><br>            Defendant. | Case No. CR19-141RSM<br><br>ORDER DENYING MOTION TO FILE AMENDED PLEA AGREEMENT |

This matter comes before the Court on Defendant's Motion to File Amended Plea Agreement (Dkt #136). The Court has considered Defendant's motion, along with the response by of the Government.

The Court's Order Granting Motion for Court to Excise Paragraph 8(i) from Plea Agreement (Dkt #108) speaks for itself. Accordingly, Defendant's instant motion is DENIED AS MOOT.

DATED this 19th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1