The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>RAJNINDER JUTLA,<br><br>Defendant/Appellant. | USDC No. 2:19-cr-00141-RSM-1<br>USCA No. 23-2445<br><br>STIPULATED MOTION FOR ORDER AUTHORIZING APPELLATE COUNSEL TO OBTAIN SEALED RECORDS |

STIPULATED MOTION FOR ORDER AUTHORIZING
APPELLATE COUNSEL TO OBTAIN SEALED RECORDS
Case No. 2:19-cr-00141-RSM-1
Page - 1

LAW OFFICE OF JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128
(503) 857-0873

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that the following sealed records shall be provided by the clerk of the court to Rajninder Jutla's appellate counsel, Jay A. Nelson, but otherwise remain under seal:

- ECF Nos. 4, 10, 13, 19, 20, 28, 33, 57, 58, 74, 88, 94, 99, 100, 107, 122, 123, 124, 125, 126, 127, 128.

IT IS FURTHER STIPULATED that the foregoing records shall remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals shall be made under seal absent further Court order.

IT IS SO STIPULATED.

DATED: January 18, 2024          */s/ Jay A. Nelson*
                                JAY A. NELSON
                                Attorney for Rajninder Jutla


DATED: January 18, 2024          */s/ Thomas M. Woods*
                                THOMAS M. WOODS
                                Assistant United States Attorney



IT IS SO ORDERED.

Dated this 19th day of January, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER AUTHORIZING
APPELLATE COUNSEL TO OBTAIN SEALED RECORDS
Case No. 2:19-cr-00141-RSM-1
Page - 2

LAW OFFICE OF JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128
(503) 857-0873