The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | USDC No. 2:19-cr-00141-RSM-1 |
|---|---|
| Plaintiff, | STIPULATED MOTION FOR ORDER AUTHORIZING LIMITED REDACTION OF COURT RECORDS |
| v. | |
| RAJNINDER JUTLA, | |
| Defendant. | |

ECF Nos. 103, 104, 110, and 131 ("the subject filings") are filed on the public record, but they contain content that is appropriate for sealing either because it is (1) required to be sealed under Fed. R. Crim. P. 49.1, or (2) otherwise highly sensitive personal information. For these reasons, the parties hereby stipulate, subject to the approval of the Court, that the subject filings may be filed under seal at this time, and replaced on the public record with the attached redacted versions. The parties further stipulate that the proposed redactions attached are narrowly tailored to protect the public's right of access to court proceedings, while also protecting important privacy interests.

////

STIPULATED MOTION FOR ORDER AUTHORIZING
LIMITED REDACTION OF COURT RECORDS
Case No. 2:19-cr-00141-RSM-1
Page - 1

LAW OFFICE OF JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128
(503) 857-0873

For the Court's convenience, the proposed redactions may be located as follows:

- ECF No. 103, pp. 6-8, 11, 20;
- ECF No. 104, pp. 10-11;
- ECF No. 110, pp. 21, 28;
- ECF No. 131, pp. 53-54.

In conclusion, the parties ask the Court to file the subject filings under seal, and to replace them on the public record with the attached redacted versions.

IT IS SO STIPULATED.

DATED: April 5, 2024            */s/ Jay A. Nelson*
                                                  JAY A. NELSON
                                                  Attorney for Rajninder Jutla

DATED: April 5, 2024            */s/ Thomas M. Woods*
                                                  THOMAS M. WOODS
                                                  Assistant United States Attorney

IT IS SO ORDERED.

Dated this 9th day of April, 2024.

                                                  RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER AUTHORIZING LIMITED REDACTION OF COURT RECORDS
Case No. 2:19-cr-00141-RSM-1
Page - 2

LAW OFFICE OF JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128
(503) 857-0873