UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR19-141RSM |
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| RAJNINDER JUTLA, | |
| Defendant. | |

This matter has come before the Court on Rajninder Jutla's motion to terminate her remaining period of probation (Dkt #162). The Court has reviewed the defendant's motion, the government's response, defendant's reply and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of probation is DENIED.

DATED this 11th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1